People v Christian G.

2026 NY Slip Op 03241

May 21, 2026

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, Respondent,

v

Christian G., Defendant-Appellant.

Decided and Entered: May 21, 2026

Ind No. 70381/24 70341/24|Appeal No. 6700-6701|Case No. 2025-01201 2025-00160|

Before: Moulton, J.P., González, O'Neill Levy, Chan, Hagler, JJ.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (David J. Klem of counsel), for appellant.

Alvin L. Bragg, Jr., District Attorney, New York (Peter Rienzi of counsel), for respondent.

[*1]

Judgments, Supreme Court, New York County (Gregory Carro, J.), rendered December 11, 2024, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharges and fees imposed on defendant at sentencing, and otherwise affirmed.

Although we find that defendant did not make a valid waiver of his right to appeal, we perceive no basis for reducing the sentences.

However, based on our own interest of justice powers, we vacate the mandatory surcharges and fees imposed on defendant at sentencing (People v Chirinos, 190 AD3d 434 [1st Dept 2021]). We note that the People do not oppose this relief.

THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.

ENTERED: May 21, 2026